```
                UNITED STATES BANKRUPTCY COURT
                          FOR THE
               WESTERN DISTRICT OF NORTH CAROLINA
                       Charlotte Divison
                          05-30941
```

In re:
                                    )
JAMES EDWARD ROSS                   )
VIRGINIA ANN ROSS                   )   MOTION FOR DISBURSEMENT OF
                                    )   UNCLAIMED FUNDS
                                    )

    James and Virginia Ross hereby move the Court for an order directing the United States Bankruptcy Court to disburse the sum of $2,155.01 from the Court's registry fund, payable to James and Virginia Ross, representing themselves for unclaimed funds previously deposited with the Court.

Date 2/7/2010.

Supporting documentation attached _____yes xxxno

***I understand that pursuant to 11 U.S.C. §§ 152 and 3571, I may be fined up to $500,000, imprisoned for up to 5 years or both if I have knowingly and fraudulently made any false statements in this document or provided false and fraudulent documentation as part of this application.***

```
                            This the 9th day of February, 2010.

                            _____
                            Barbara L. White
                            Attorney for the Debtor
                            500 East Morehead Street
                            Suite 303
                            Charlotte, NC  28202
                            (704) 375-9411
                            State Bar No. 10105
```

```
                    UNITED STATES BANKRUPTCY COURT
                              FOR THE
                    WESTERN DISTRICT OF NORTH CAROLINA
                           Charlotte Divison
                              05-30941
```

In re:
                                    )
                                    )
JAMES EDWARD ROSS                   )
VIRGINIA ANN ROSS                   )   NOTICE OF HEARING AND
                                    )   CERTIFICATE OF SERVICE
                                    )

    NOTICE IS HEREBY GIVEN that the Court will conduct a hearing on February 23, 2010, at 11:00 a.m., in Courtroom number 126, located at 401 W. Trade Street, Charlotte, NC 28202, to consider the Motion for Disbursement of Unclaimed Funds filed by James and Virginia Ross.

    NOTICE IS FURTHER GIVEN to the Court that on February 9th, 2010, the United States Attorney, the case trustee, and the Bankruptcy Administrator were served a copy of the Motion for Disbursement of Unclaimed Funds and this Notice of Hearing by U. S. Mail.

    This the 9th day of February, 2010.

```
                              _____
                              Barbara L. White
                              Attorney for the Debtor
                              500 East Morehead Street
                              Suite 303
                              Charlotte, NC  28202
                              (704) 375-9411
                              State Bar No. 10105
```