

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 05−30941
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Edward Ross<br>1408 Kirk Farm Lane<br>Apt 204<br>Charlotte, NC 28213<br>Social Security No.: xxx−xx−0126 | Virginia Ann Ross<br>   aka Virginia Knox Ross<br>1408 Kirk Farm Lane<br>Apt 204<br>Charlotte, NC 28213<br>Social Security No.: xxx−xx−5410 |

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Payment of Unclaimed dividends filed in the above referenced case on 03/09/2010 as document # 36 is defective for the reason(s) marked below:

Docketed incorrectly. Please re−docket. Bankruptcy/Notices/withdrawal of Document.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: March 10, 2010                                                                                       David E. Weich
                                                                                                            Clerk of Court

Electronically filed and signed (3/10/10)