

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 05−30941
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Edward Ross<br>1408 Kirk Farm Lane<br>Apt 204<br>Charlotte, NC 28213<br>Social Security No.: xxx−xx−0126 | Virginia Ann Ross<br>  aka Virginia Knox Ross<br>1408 Kirk Farm Lane<br>Apt 204<br>Charlotte, NC 28213<br>Social Security No.: xxx−xx−5410 |

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Payment of Unclaimed dividends filed in the above referenced case on 03/09/2010 as document # 36 is defective for the reason(s) marked below:

Docketed incorrectly. Please re−docket. Bankruptcy/Notices/withdrawal of Document.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: March 10, 2010                                        David E. Weich
                                                             Clerk of Court

Electronically filed and signed (3/10/10)

# CERTIFICATE OF NOTICE

```
District/off: 0419-3           User: barnesk              Page 1 of 1              Date Rcvd: Mar 10, 2010
Case: 05-30941                 Form ID: 274               Total Noticed: 1

The following entities were noticed by first class mail on Mar 12, 2010.
db/db       +James Edward Ross,   Virginia Ann Ross,   1408 Kirk Farm Lane,   Apt 204,
              Charlotte, NC 28213-4037
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2010**                     **Signature:**   *Joseph Speetjens*